IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FERNANDO LUIS SANTIAGO RIVERA
YOLANDA CARDIN RODRIGUEZ

DEBTOR(S)

CASE NUMBER: 13-07484/MCF

CHAPTER 13

## DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

NOW COME, **FERNANDO LUIS SANTIAGO RIVERA and YOLANDA CARDIN RODRIGUEZ,** debtors through the undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1.

2. This amendment to Schedule F is filed **to include unsecured creditor named Depto de Transportación y Obras Públicas, postal address, PO Box 41269, San Juan, PR 00940-1269.**

**WHEREFORE**, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Amended Schedule F
13-07484/MCF13

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Fernando Luis Santiago Rivera and Yolanda Cardin Rodríguez; to the creditor affected by the amendment: Depto de Transportación y Obras Públicas, PO Box 41269, San Juan, PR 00940-1269; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 20th day of November, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE SANTIAGO RIVERA, FERNANDO L & CARDIN RODRIGUEZ, YOLANDA     Case No. **3:13-bk-7484**
                                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7773<br>Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | W | REVOLVING ACCOUNT OPENED 7/2007 | | | | 1,193.00 |
| ACCOUNT NO.<br>ASOC RESIDENTES DE VILLA BORINQUEN, INC<br>C/O Cintron Flores Law Offices<br>PO BOX 3734<br>BAYAMON, PR 00958-0734 | | J | | | | | 1,788.50 |
| ACCOUNT NO.<br>CINTRON FLORES LAW OFFICES<br>PO BOX 3734<br>Bayamon, PR 00958-0734 | | | Assignee or other notification for:<br>ASOC RESIDENTES DE VILLA BORINQUEN, INC | | | | |
| ACCOUNT NO. 1585<br>Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR 00918 | | W | REVOLVING ACCOUNT OPENED 9/1989 | | | | 10,149.00 |

2 continuation sheets attached

Subtotal (Total of this page) $ 13,130.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE SANTIAGO RIVERA, FERNANDO L & CARDIN RODRIGUEZ, YOLANDA  Case No. **3:13-bk-7484**
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1599**<br>Banco Popular De Puert<br>Serv De Credito A Individuos<br>San Juan, PR 00936 | | H | REVOLVING ACCOUNT OPENED 10/2006 | | | | 3,615.00 |
| ACCOUNT NO. **4071**<br>Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | | H | REVOLVING ACCOUNT OPENED 12/2004 | | | | 5,123.00 |
| ACCOUNT NO. **4696**<br>Claro<br>Po Box 360998<br>San Juan, PR 00936 | | H | OPEN ACCOUNT OPENED 8/2010 | | | | 300.00 |
| ACCOUNT NO. **5310**<br>Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR 00940-1269 | | | Tickets #: 35073731 ($25.00), 32072000 ($250.00) | | | | 275.00 |
| ACCOUNT NO.<br>Depto Transportacion Y Obras Publicas<br>Centro Gubernamental Minillas<br>San Juan, PR 00940 | | H | 31038282, 26791815 | | | | 390.00 |
| ACCOUNT NO. **1056**<br>Fia Csna<br>Po Box 982235<br>El Paso, TX 79998 | | H | REVOLVING ACCOUNT OPENED 12/2004 | | | | 5,123.00 |
| ACCOUNT NO. **5470**<br>Fia Csna<br>Po Box 982235<br>El Paso, TX 79998 | | W | REVOLVING ACCOUNT OPENED 3/2007 | | | | 432.00 |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **15,258.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE SANTIAGO RIVERA, FERNANDO L & CARDIN RODRIGUEZ, YOLANDA  Case No. **3:13-bk-7484**
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4245<br>Gecrb/sams Club<br>Po Box 965005<br>Orlando, FL 32896 | | H | REVOLVING ACCOUNT OPENED 11/2003 | | | | 3,265.00 |
| ACCOUNT NO. 3212<br>Liberty Cblv<br>Road 993 Km 0.2<br>Luquillo, PR 00773 | | W | OPEN ACCOUNT OPENED 1/2008 | | | | 171.00 |
| ACCOUNT NO. 0049<br>ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 | | H | REVOLVING ACCOUNT OPENED 2/2009 | | | | 7,266.00 |
| ACCOUNT NO. 8752<br>Radio/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 12/2005 | | | | 489.00 |
| ACCOUNT NO. 7810<br>Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117 | | W | REVOLVING ACCOUNT OPENED 1/2004 | | | | 2,426.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **13,617.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **42,005.50**

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE SANTIAGO RIVERA, FERNANDO L & CARDIN RODRIGUEZ, YOLANDA**  Case No. **3:13-bk-7484**
Debtor(s) (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR  *Sch "F"*

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **3** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 20, 2014**  Signature: **/s/ FERNANDO L SANTIAGO RIVERA**
**FERNANDO L SANTIAGO RIVERA** Debtor

Date: **November 20, 2014**  Signature: **/s/ YOLANDA CARDIN RODRIGUEZ**
**YOLANDA CARDIN RODRIGUEZ** (Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Label Matrix for local noticing          DORAL BANK                                (p)JEFFERSON CAPITAL SYSTEMS LLC
0104-3                                    FIDDLER GONZALEZ & RODRIGUEZ PSC          PO BOX 7999
Case 13-07484-MCF13                       PO BOX 363507                             SAINT CLOUD MN 56302-7999
District of Puerto Rico                   SAN JUAN, PR 00936-3507
Old San Juan
Thu Nov 20 15:47:46 AST 2014

ORIENTAL BANK                             US Bankruptcy Court District of P.R.      ASOC RESIDENTES DE VILLA BORINQUEN, INC
PO BOX 364745                             Jose V Toledo Fed Bldg & US Courthouse    C/O Cintron Flores Law Offices
SAN JUAN, PR 00936-4745                   300 Recinto Sur Street, Room 109          PO BOX 3734
                                          San Juan, PR 00901-1964                   BAYAMON, PR  00958-0734


Ally Financial                            Ally Financial                            American Express TRS Co Inc Latin American
200 Renaissance Ctr                       P. O. Box 130424                          Division
Detroit, MI 48243-1300                    Roseville, MN 55113-0004                  c/o Becket and Lee LLP
                                                                                    POB 3001
                                                                                    Malvern  PA 19355-0701


Amex                                      BANCO POPULAR DE PUERTO RICO              Banco Popular De Puert
Po Box 297871                             BANKRUPTCY DEPARTMENT                     209 Munoz Rivera Ave
Fort Lauderdale, FL 33329-7871            PO BOX 366818                             San Juan, PR 00918-1000
                                          SAN JUAN PR 00936-6818


Banco Popular De Puert                    (p)BANK OF AMERICA                        CINTRON FLORES LAW OFFICES
Serv De Credito A Individuos              PO BOX 982238                             PO BOX 3734
San Juan, PR  00936                       EL PASO TX 79998-2238                     Bayamon, PR  00958-0734


Claro                                     DORAL BANK                                Depto Transportacion Y Obras Publicas
Po Box 360998                             P.O. BOX 70308                            Centro Gubernamental Minillas
San Juan, PR 00936-0998                   SAN JUAN, PR 00936-8308                   San Juan, PR  00940


Doral Financial Corp                      EASTERN AMERICA INSURANCE CO              FIRST BANK
Pob 29426                                 PO BOX 9023862                            CONSUMER SERVICE CENTER
Rio Piedras, PR 00929-0426                SAN JUAN, PR 00902-3862                   BANKRUPTCY DIVISION - (CODE 248)
                                                                                    PO BOX 9146, SAN JUAN,PR 00908-0146


GE Capital Retail Bank                    Gecrb/sams Club                           Liberty Cblv
c/o Recovery Management Systems Corp      Po Box 965005                             Road 993 Km 0.2
25 SE 2nd Ave Suite 1120                  Orlando, FL 32896-5005                    Luquillo, PR  00773
Miami FL 33131-1605


ORIENTAL BANK                             ORIENTAL BANK                             Radio/cbna
BOX 364745,                               PO BOX 195115                             Po Box 6497
SAN JUAN, P.R. 00936-4745                 SAN JUAN, PR  00919-5115                  Sioux Falls, SD 57117-6497


Sears/cbna                                FERNANDO L SANTIAGO RIVERA                JOSE RAMON CARRION MORALES
Po Box 6189                               VILLA BORINQUEN                           PO BOX 9023884
Sioux Falls, SD 57117-6189                A9 CALLE GUANINA                          SAN JUAN, PR 00902-3884
                                          CAGUAS, PR 00725-8015
```

| | | |
|---|---|---|
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | YOLANDA CARDIN RODRIGUEZ<br>VILLA BORINQUEN<br>A9 CALLE GUANINA<br>CAGUAS, PR 00725-8015 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | (d)Fia Csna<br>Po Box 982235<br>El Paso, TX 79998 |

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302

End of Label Matrix
Mailable recipients  32
Bypassed recipients   0
Total                32