IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 13-07484/MCF |
| FERNANDO LUIS SANTIAGO RIVERA<br>YOLANDA CARDN RODRIGUEZ | |
| | CHAPTER 13 |
| DEBTORS | |

**MOTION REQUESTING CONVERSION TO CHAPTER 7**

**TO THE HONORABLE COURT:**

**NOW COME, FERNANDO LUIS SANTIAGO RIVERA and YOLANDA CARDIN RODRIGUEZ,** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors may be debtors under Chapter 7, 11 U.S.C. §1307(f).

2. Debtors may convert a case under Chapter 13 to a case under Chapter 7 of Title 11 at any time, 11 U.S.C. §1307(a).

3. There have been no prior cases and no prior conversions.

4. The Schedules and Statement of Financial Affairs have been filed in the case and unless the court otherwise orders it shall be deemed filed in the Chapter 7 case, Rule 1019(1)(A), Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the debtors respectfully request that this Honorable Court grant this motion, convert this Chapter 13 case to one under Chapter 7 and enter relief pursuant to Chapter 7 of Title 11, United States Code.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notification to the following: Chapter 13 Trustee, Jose Ramon Carrion Morales, Esq.; to the United States Trustee's

Page -2-
Motion for Conversion to Chapter 7
Case no. 13-07484/MCF13

Office; and I also certify that I have sent a copy of this motion via regular mail to the debtors, Fernando Luis Santiago Rivera and Yolanda Cardín Rodriguez, Villa Borinquen, A9 Calle Guanina, Caguas PR 00725; and to all creditors appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 1st day of February, 2016.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

Certificamos haber leído esta moción y que la misma fue redactada según nuestras instrucciones. En Caguas, PR a 1ro de febrero de 2016.

_____
FERNANDO LUIS SANTIAGO RIVERA

_____
YOLANDA CARDIN RODRIGUEZ

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 13-07484-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Mon Feb  1 09:11:57 AST 2016 | BANCO POPULAR DE PUERTO RICO-MORTGAGE DIVISI<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | DORAL BANK<br>FIDDLER GONZALEZ & RODRIGUEZ PSC<br>PO BOX 363507<br>SAN JUAN, PR 00936-3507 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ASOC RESIDENTES DE VILLA BORINQUEN, INC<br>C/O Cintron Flores Law Offices<br>PO BOX 3734<br>BAYAMON, PR  00958-0734 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Ally Financial<br>P. O. Box 130424<br>Roseville, MN 55113-0004 |
| American Express TRS Co Inc Latin American<br>Division<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 |
| Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR 00918-1000 | Banco Popular De Puert<br>Serv De Credito A Individuos<br>San Juan, PR  00936 | Banco Popular de Puerto Rico-Mortgage<br>Mortgage Servicing Department (762)<br>PO Box 362708<br>San Juan PR 00936-2708 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CINTRON FLORES LAW OFFICES<br>PO BOX 3734<br>Bayamon, PR  00958-0734 | Claro<br>Po Box 360998<br>San Juan, PR 00936-0998 |
| DORAL BANK<br>P.O. BOX 70308<br>SAN JUAN, PR 00936-8308 | Depto Transportacion Y Obras Publicas<br>Centro Gubernamental Minillas<br>San Juan, PR  00940 | Doral Financial Corp<br>Pob 29426<br>Rio Piedras, PR 00929-0426 |
| EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION - (CODE 248)<br>PO BOX 9146, SAN JUAN,PR 00908-0146 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Gecrb/sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | Liberty Cblv<br>Road 993 Km 0.2<br>Luquillo, PR  00773 | ORIENTAL BANK<br>BOX 364745,<br>SAN JUAN, P.R. 00936-4745 |
| ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR  00919-5115 | Radio/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 |

```
FERNANDO L SANTIAGO RIVERA          JOSE RAMON CARRION MORALES        MONSITA LECAROZ ARRIBAS
VILLA BORINQUEN                     PO BOX 9023884                    OFFICE OF THE US TRUSTEE (UST)
A9 CALLE GUANINA                    SAN JUAN, PR 00902-3884           OCHOA BUILDING
CAGUAS, PR 00725-8015                                                 500 TANCA STREET  SUITE 301
                                                                      SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO       YOLANDA CARDIN RODRIGUEZ
PO BOX 186                          VILLA BORINQUEN
CAGUAS, PR 00726-0186               A9 CALLE GUANINA
                                    CAGUAS, PR 00725-8015
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYSTEMS LLC       Bank Of America                   (d)Fia Csna
PO BOX 7999                         Po Box 982235                     Po Box 982235
ST CLOUD, MN 56302-9617             El Paso, TX  79998                El Paso, TX  79998



(d)JEFFERSON CAPITAL SYSTEMS LLC    End of Label Matrix
PO BOX 7999                         Mailable recipients    34
ST CLOUD MN 56302                   Bypassed recipients     0
                                    Total                  34
```